IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00139-HZ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| ANGEL LEE AUBORN, | |
| Defendant. | |

HERNÁNDEZ, Chief United States District Court Judge:

This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, to be followed by four years of supervised release. The court imposes the following special conditions of supervised release: the defendant must reside at and participate in the program of a residential reentry center for not more than 120 days, to be released at the direction of the probation officer upon identification of a suitable residence. The defendant will be placed on home confinement for a period of one year, except for purposes of employment, treatment, court proceedings, meetings with her legal team, court-approved visitation with her minor son, and other reasons authorized by her U.S. probation officer; and will be required to observe Reentry Court.

While at the residential reentry center and on home confinement, the defendant shall be placed on location monitoring and follow the restrictions of the location monitoring program, as

directed by her probation officer. Costs of location monitoring will be waived until the defendant has a demonstrated ability to offset these costs. All other terms and conditions of supervised release shall remain in full force and effect.

Execution of this order will be delayed for ten days following entry of the amended judgment and commitment order to allow for residential reentry center placement by the Bureau of Prisons.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community, and that this sentence reduction is consistent with currently applicable U.S. Sentencing Commission policy statements. The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall be released no sooner than ten days after entry of the amended judgment and commitment order, for travel to the Northwest Regional Reentry Center in Portland, Oregon.

IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this __8__ day of __April__, 2021.

_Marco Hernández_
Hon. Marco A. Hernández
Chief United States District Judge

Submitted by:

*s/ Susan Wilk*
Susan Wilk
Assistant Federal Public Defender

*s/ Amy Potter*
Amy Potter
Assistant U.S. Attorney

**Page 2   ORDER GRANTING MOTION TO REDUCE SENTENCE**